JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX JENNINGS III, | NO. EDCV 15-1185-GW(KS) |
| Petitioner, | |
| v. | JUDGMENT |
| K. STANORO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 27, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE